**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**VS.** **No. 2:26-20037-BCL**

**JOHNATHAON LEE GRANGER,**

**Defendant.**

---

# REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS

---

Before the Court is Defendant's Motion to Suppress the identification evidence in his case. (D.E. #31). Defendant's Motion was filed on June 11, 2026 and a response to the Motion was filed by the United States on June 26, 2026. (D.E. # 33) The motion was referred by District Judge Brian C. Lea for report and recommendation on August 13, 2026 (D.E. #35). A hearing on the Motion was held on September 11, 2026 at which time the Court heard testimony from witnesses for the United States and arguments of counsel.

Based upon the motion, response, testimony, arguments of counsel and for the reasons stated in open court on September 11, 2026, it is recommended that defendant's Motion to Suppress evidence be DENIED. A transcript of the Court's oral ruling (D.E. # 37) will serve as written proposed findings of fact and recommended conclusions of law and is incorporated herein by reference.

Signed this 11th day of September, 2026.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF THE OPPORTUNITY TO RAISE OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**